**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**The Samuel Law Firm**
Michael Samuel (MS 7997)
1441 Broadway, Suite 6085
New York, NY 10018
(212) 563-9884

Attorneys for Defendant

| | |
|---|---|
| JESSICA KARIM, on behalf of herself and all others similarly situated,<br><br>　　　　　*Plaintiff*,<br><br>　　　- vs. -<br><br>MiaDonna & Company, LLC,<br><br>　　　　　*Defendant*. | DOCKET NO. 1:24-cv-04788-MKV<br><br>**STATEMENT PURSUANT TO F.R.C.P. 7.1** |

　　　Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant MiaDonna & Company, LLC affirms that it does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.


Dated:　July 29, 2024
　　　　New York, New York

　　/s/ Michael Samuel　　
Michael Samuel, Esq.
The Samuel Law Firm
1441 Broadway, Suite 6085
New York, New York 10018
(212) 563-9884
Attorneys for Defendant
