

September 25, 2024

Hon. Mary K. Vyskocil
United Stated District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **KARIM v. MIADONNA & COMPANY, LLC**
    **DOCKET NO. 1:24-cv-4788**

Dear Judge Vyskocil:

    This office represents plaintiff, Jessica Karim, in the above-referenced action. I write to provide the Court a status update as Ordered on August 26, 2024 (Doc. 12).

    The parties have made good faith efforts to reach a settlement. However, it appears that settlement is not viable at this time. Nevertheless, the parties are interested in a referral to the mediation program, as we believe a mediator may assist in facilitating a resolution. Accordingly, the undersigned, together with defendant's counsel, respectfully request that Your Honor refer this matter to mediation.

    Thank you for your time and consideration on this matter.

                                                  Respectfully,

                                                  Gabriel A. Levy