USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA KARIM, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>-against-<br><br>MIADONNA & COMPANY, LLC,<br><br>Defendant. | 1:24-cv-04788-MKV<br><br>**ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

This case was referred for mediation to the Court-annexed Mediation Program on October 2, 2024. [ECF No. 14]. The parties were notified that Local Rule 83.9 shall govern the mediation and were directed to participate in the mediation in good faith. The parties were ordered to file a joint status update with this Court within one week of any mediation session advising the Court of the status, but not the substance, of settlement efforts.

Several mediation sessions appear to have been scheduled and canceled. Accordingly, parties are HEREBY ORDERED to file a joint letter on or before December 5, 2024 on the status, but not the substance, of settlement discussions.

**SO ORDERED.**

**Date: November 21, 2024**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**